# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-32064-H5-13 |
| | § | |
| **DARWIN ZELAYA** | § | |
| **AMANDA GARCIA** | § | |
| | § | |
| **DEBTOR(S)** | § | CHAPTER 13 |

## CHAPTER 13 TRUSTEE'S NOTICE OF ADJUSTMENT TO PLAN PAYMENT

**NOTICE IS HEREBY GIVEN,** that on March 29, 2023, US Bank Home Mortgage filed a Notice of Mortgage Payment Change (docket #106).  No party in interest filed a timely motion seeking review of the proposed adjustment. Therefore, pursuant to Paragraph 8 of the Chapter 13 plan, the Trustee has adjusted the Chapter 13 plan payment as follows:

Effective with the May 04, 2023 payment, the Chapter 13 plan payment is increased by the sum of $177.67, for a total payment of $3,106.56, and this increase is effective to all subsequent plan payments, unless otherwise ordered by the Court.  Failure of the Debtor to comply with this adjustment shall be grounds for dismissal of this case.

**RESPECTFULLY SUBMITTED,**

/s/ William E. Heitkamp

William E. Heitkamp, Trustee
9821 Katy Freeway Suite 590
Houston, TX  77024
(713) 722-1200 Telephone
(713) 722-1211 Facsimile

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on April 19, 2023, either electronically or via U.S. First Class Mail.

| | | |
|---|---|---|
| United States Trustee | Debtor's Attorney: | Darwin Zelaya |
| 515 Rusk Avenue | Sobel, Robert S. | Amanda Garcia |
| Suite 3516 | Sobel Law Firm, Pllc | 20523 Freedom River Dr. |
| Houston, Tx  77002 | 19747 Highway 59 N. | Humble, Tx  77338 |
| | Suite 450 | |
| | Humble, Tx  77338 | |

/s/ William E. Heitkamp
William E. Heitkamp, Trustee